IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRUD ROSSMAN,

        Plaintiff,

v.                                                       No. 15cv1170 KBM

STEVEN CASE, et al.,

        Defendants.

## ORDER TO CURE DEFICIENCY

Plaintiff filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)." *See* Doc. 2. The Short Form application does not provide sufficient information for the Court to determine whether a plaintiff is unable to pay the required fees. The Court now requires plaintiffs seeking to proceed without prepaying fees to file the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Consequently, Plaintiff's filing is deficient because Plaintiff has not filed the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)." Failure to file an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" within twenty-one (21) days from entry of this order may result in denial of Plaintiff's application to proceed without prepaying fees or costs. Failure to follow the instructions on the "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)" may also result in denial of Plaintiff's application to proceed without prepaying fees or costs. Any papers that Plaintiff files in response to this order must include the civil cause number (No. 15cv1170 KBM) of this case.

**IT IS THEREFORE ORDERED** that Plaintiff file an "Application to Proceed in District

Court Without Prepaying Fees or Costs (Long Form)" within twenty-one (21) days from entry of this order; and the Clerk is directed to mail to Plaintiff, together with a copy of this Order, an "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

_____
**UNITED STATES CHIEF MAGISTRATE JUDGE**